FILED by ___ D.C.
ELECTRONIC

MAR. 24, 2008

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

C.P. MOTION, INC., )
)
Plaintiff, ) No.: _____
)
v. ) **08-20769-CIV-LENARD/TORRES**
)
MAJOR LEAGUE BASEBALL )
WELFARE PLAN, )
)
Defendant. )

## DEFENDANT'S NOTICE OF REMOVAL

Defendant Major League Baseball Players Benefit Plan (the "Fund"), pursuant to 28 U.S.C. §§ 1441 and 1446, and by and through its undersigned counsel, hereby gives notice of the removal of the above-styled action from the County Court in and for Miami-Dade County (Florida) to the United States District Court for the Southern District of Florida. As grounds for removal, the Fund states the following:

1.  Plaintiff C.P. Motion, Inc. ("Plaintiff"), incorporated in the state of Florida, commenced an action against the Fund, whose administrative offices are in the state of Ohio, by filing a Statement of Claim (the "Complaint") in the County Court in and for Miami-Dade County (Florida) (Case No. 08-02172-SP25), served on the Fund on February 21, 2008. In Plaintiff's Complaint, the Fund is misnamed as "Major League Baseball Welfare Plan." The correct name is Major League Baseball Players Benefit Plan.

2.  In pertinent part, Plaintiff's Complaint asks the County Court in and for Miami-Dade County (Florida) to order the Fund to pay for medical treatment rendered by

1-WA/2943335.1

Dockets.Justia.com

Plaintiff to a Fund participant, Andre Dawson. Plaintiff alleges that it is acting as the assignee of Mr. Dawson to benefits allegedly payable to him from the Fund. See Plaintiffs' Original Complaint and accompanying materials, attached as Exhibit A.

3. The Fund is an "employee welfare benefit plan," as defined in § 3(l) of the Employee Retirement Income Security Act of 1974 ("ERISA"), 29 U.S.C. § 1002(l). Because Plaintiff seeks payments as an assignee from the Fund for medical services allegedly rendered to Mr. Dawson, Plaintiff's claims against the Fund are claims for benefits from an ERISA-covered employee welfare benefit plan.

4. As such, Plaintiff's claims in state court against the Fund are completely preempted by operation of Section 514 of ERISA, 29 U.S.C. § 1144.

5. Section 514 of ERISA, 29 U.S.C. § 1144, states that the provisions of ERISA shall supersede *"all State laws"* that relate to employee benefit plans (with certain exceptions not applicable here), making ERISA § 502(a)(1)(B), 29 U.S.C. § 1132(a)(1)(B), the exclusive remedy for plaintiffs who seek to recover benefits from an employee welfare benefits plan. (Emphasis added). See e.g., Aetna Health Inc. v. Davila, 542 U.S. 200, 209 (2004) ("any state-law cause of action that duplicates, supplements, or supplants the ERISA civil enforcement remedy conflicts with the clear congressional intent to make the ERISA remedy exclusive and is therefore pre-empted").

6. Pursuant to Section 502(e) of ERISA, 29 U.S.C. § 1132(e), the district courts of the United States have jurisdiction over claims for benefits from ERISA-covered employee welfare benefits plans. Pursuant to Section 502(f) of ERISA, 29 U.S.C. § 1132(f), the district courts of the United States have jurisdiction, without respect to the citizenship of the parties or the amount in controversy, to grant relief under Section

502(a) of ERISA, 29 U.S.C. § 1132(a). Further, pursuant to 29 U.S.C. § 1331, the district courts have jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States.

7. The District Court, therefore, has original jurisdiction over this matter pursuant to ERISA § 502(e) and (f), 29 U.S.C. § 1132(e) and (f), and 28 U.S.C. § 1331. Moreover, venue is proper in the District Court pursuant to 28 U.S.C. § 1441(a), which calls for removal to the federal district court "embracing the place where such action is pending."

8. Pursuant to 28 U.S.C. § 1446(b), this Notice of Removal is timely because thirty days have not elapsed since the Fund was served with the Complaint.

9. Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal is being forwarded to the County Court in and for Miami-Dade County (Florida).

10. Pursuant to 28 U.S.C. § 1446(d), written notice of the filing of this Notice of Removal is being provided to Plaintiff.

11. The undersigned is counsel for the Defendant Fund and is duly authorized to effect removal on behalf of the Fund.

WHEREFORE, Defendant Major League Baseball Players Benefit Plan respectfully requests that this action be removed from the County Court in and for Miami-Dade County (Florida) to the United States District Court for the Southern District of Florida and that all proceedings hereinafter in this matter take place in the United States District Court for the Southern District of Florida.

Date: March 21, 2008

Respectfully submitted,

*Bridgit DePietto*
Bridgit M. DePietto (Bar No. 0499943)
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
202.739.5277 (Telephone)
202.739.3001 (Facsimile)

Counsel for Defendant Major League Baseball Players Benefit Plan

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, on this 21st day of March, 2008, that a copy of the foregoing Defendant Major League Baseball Players Benefit Plan's Notice of Removal was served on the following by Certified Mail (Return Receipt Requested):

Stephanie Granda, Esq.
Granda & Associates
6885 SW 58th Place
South Miami, FL 33143

*Attorney for Plaintiff*

Bridgit M. DePietto

# EXHIBIT A

RECEIVED FEB 21 2008

IN THE COUNTY COURT IN AND FOR MIAMI-DADE COUNTY, FLORIDA

| DIVISION<br>☐ DISTRICT COURTS<br>☒ OTHER | SUMMONS/NOTICE TO APPEAR<br>FOR PRETRIAL CONFERENCE<br>DISTRICT COURT<br>(File in Quadruplicate) | CASE NUMBER<br>08-02172 SP 25 |
|---|---|---|
| PLAINTIFF(S)<br>C.P. Motion, a Florida corporation and as assignee of Andre Dawson | VS. DEFENDANT(S)<br>MLB Welfare Plan | CLOCK IN<br>(3) |

DEFENDANT(S) TO BE SERVED AT:

MLB Welfare Plan

200 Public Square Suite 900

Cleveland, OH 44114

STATE OF FLORIDA
NOTICE TO PLAINTIFF(S) AND DEFENDANT(S)

YOU ARE HEREBY NOTIFIED to appear in person or by attorney at the location indicated below:

☐ HIALEAH DISTRICT    ☐ NORTH DADE JUSTICE CENTER    ☒ CORAL GABLES DISTRICT
☐ JOSEPH CALEB CENTER    ☐ MIAMI BEACH DISTRICT    ☐ SOUTH DADE JUSTICE CENTER

( Addresses for court locations are printed on the back of this form )

on MAR 25 2008_____, 20____, 1:30 P.M. .M., in courtroom __1-1__ before a Judge of this Court. Section # __(3)__.

IMPORTANT - READ CAREFULLY

THE CASE WILL NOT BE TRIED AT THE PRETRIAL CONFERENCE, BUT MAYBE MEDIATED AT THAT TIME.

DO NOT BRING WITNESS. YOU MUST APPEAR IN PERSON OR BY ATTORNEY.

WHOEVER APPEARS FOR A PARTY MUST HAVE FULL AUTHORITY TO SETTLE FOR ALL AMOUNTS FROM ZERO TO THE AMOUNT OF CLAIM WITHOUT FURTHER CONSULTATION. FAILURE TO COMPLY MAY RESULT IN THE IMPOSITION OF SANCTIONS, INCLUDING COSTS, ATTORNEY FEES, ENTRY OF JUDGMENT, DISMISSAL.

The defendant (s) must appear in court on the date specified in order to avoid a default judgment. The plaintiff (s) must appear to avoid having the case dismissed for lack of prosecution. A written MOTION or ANSWER to the court by the plaintiff (s) or the defendant(s) shall not excuse the personal appearance of a party or its attorney in the PRETRIAL CONFERENCE/MEDIATION. The date and time of the pretrial conference CANNOT be rescheduled without good cause and prior court approval.

A corporation may be represented at any stage of the trial court proceedings by an officer of the corporation or any employee authorized in writing by any officer of the corporation. Written authorization must be brought to the Pretrial Conference/Mediation.

The purpose of the pretrial conference is to record your appearance, to determine if you admit all or part of the claim, to enable the court to determine the nature of the case, and to set the case for trial if the case cannot be resolved at the pretrial conference. You or your attorney should be prepared to confer with the court and to explain briefly the nature of your dispute, state what efforts have been made to settle the dispute, exhibit any documents necessary to prove the case, state the names and addresses of your witnesses, stipulate to the facts that will require no proof and will expedite the trial, and estimate how long it will take to try the case.

CLK/CT 423 REV. 1/06      IMPORTANT-SEE REVERSE      Clerk's web address: www.miami-dadeclerk.com

08-02172 SP 25

## MEDIATION

Mediation may take place during the time scheduled for the pretrial conference. Mediation is a process whereby an impartial and neutral third person called a mediator acts to encourage and facilitate the resolution of a dispute between two or more parties, without prescribing what the resolution should be. It is an informal and nonaversarial process with the objective of helping the disputing parties reach a mutually acceptable and voluntary agreement.

In mediation, decision making rests with the parties. Negotiations in court mediation are primary conducted by the parties. Counsel for each party may participate. However, presence of counsel is not required. If a full agreement is not reached at mediation, the remaining issues of the case will be set for trial. Mediation communications are confidential and privileged except where disclosures are required or permitted by law.

---

If you admit the claim, but desire additional time to pay, you must come and state the circumstances to the court. The court may not approve a payment plan and may withold judgment or executions or levy.

**RIGHT TO VENUE.** THE LAW GIVES THE PERSON OR COMPANY WHO HAS SUED YOU THE RIGHT TO FILE IN ANY ONE OF SEVERAL PLACES AS LISTED BELOW. HOWEVER, IF YOU HAVE BEEN SUED IN ANY PLACE OTHER THAN ONE OF THESE PLACES, YOU, AS THE DEFENDANT(S), HAVE THE RIGHT TO REQUEST THAT THE CASE BE MOVED TO A PROPER LOCATION OR VENUE. A PROPER LOCATION OR VENUE MAY BE ONE OF THE FOLLOWING:

1. WHERE THE CONTRACT WAS ENTERED INTO;
2. IF THE SUIT IS ON UNSECURED PROMISSORY NOTE, WHERE THE NOTE IS SIGNED OR WHERE THE MAKER RESIDES
3. IF THE SUIT IS TO RECOVER PROPERTY OR TO FORECLOSE A LIEN, WHERE THE PROPERTY IS LOCATED;
4. WHERE THE EVENT GIVING RISE TO THE SUIT OCCURRED;
5. WHERE ANY ONE OR MORE OF THE DEFENDANTS SUED RESIDE;
6. ANY LOCATION AGREED TO IN A CONTRACT.
7. IN ANY ACTION FOR MONEY DUE, IF THERE IS NO AGREEMENT AS TO WHERE SUIT MAY BE FILED, WHERE PAYMENT IS TO BE MADE.

If you, as the defendant(s) believe the plaintiff(s) has/have not sued in one of these correct places. you must appear on our court date and orally request a transfer of you must fiel a WRITTEN request for transfer in affidavit form (sworn to under oath) with the court 7 days prior to your first court date and send a copy to the plaintiff(s) or plaintiff's(s) attorney, if any

**A COPY OF THE STATEMENT OF CLAIM SHALL BE SERVED WITH THIS SUMMONS**

### MIAMI-DADE COUNTY DISTRICT COURT FACILITIES

| | | |
|---|---|---|
| Hialeah District (21) | North Dade Justice Center (23) | Coral Gables District (25) |
| 11 East 6th Street | Room 100 | 3100 Ponce DeLeon Blvd. |
| Hialeah, Fl. 33010 | 15555 Biscayne Blvd. | Coral Gables, Florida 33134 |
| | Miami, Florida 33160 | |
| Joseph Caleb Center (20) | Miami Beach District (24) | South Dade Justice Center (26) |
| Room 205 | Room 224 | Room 1200 |
| 5400 N.W. 22 Avenue | 1130 Washington Avenue | 10710 S.W. 211 Street |
| Miami, Florida 33142 | Miami Beach, Florida 33139 | Cutler Ridge, Florida 33189 |

---

FILED BY: Granda & Associates         COPY: ☐ MAILED   ☒ HAND-DELIVERED
ADDRESS: 6885 SW 58 Place             TO: ☒ PLAINTIFF   ☐ ATTORNEY
         South Miami, FL 33143        SERVED BY: ☐ MAIL   ☐ SHERIFF   ☒ PROCESS SERVER
PHONE: (305)668-7858

HARVEY RUVIN
CLERK OF COURTS         BY: _____  DEPUTY CLERK         DATE: FEB 11 2008

### AMERICANS WITH DISABILITIES ACT OF 1990

IF YOU ARE A PERSON WITH A DISABILITY WHO NEEDS ANY ACCOMMODATION TO PARTICIPATE IN THIS PROCEEDING, YOU ARE ENTITLED, AT NO COST TO YOU, TO THE PROVISION OF CERTAIN ASSISTANCE. PLEASE CONTACT THE DADE COUNTY COURT'S ADA COORDINATOR AT 175 N.W. 1ST AVENUE SUITE 2702 MIAMI, FLORIDA 33128, TELEPHONE NUMBERS (305) 349-7175 FOR VOICE, (305) 349-7174 FOR TDD AND (305) 349-7011 FOR FAX, WITHIN TWO (2) WORKING DAYS OF YOUR RECEIPT OF THIS DOCUMENT. TDD USERS MAY ALSO CALL 1-800-955-8771, FOR THE FLORIDA RELAY SERVICE.

CLK/CT 423 REV. 1/06         **IMPORTANT-SEE REVERSE**         Clerk's web address: www.miami-dadeclerk.com

IN THE COUNTY COURT IN AND FOR MIAMI-DADE COUNTY, FLORIDA

| DIVISION<br>☐ DISTRICT COURTS<br>☒ OTHER | SUMMONS/NOTICE TO APPEAR<br>FOR PRETRIAL CONFERENCE<br>DISTRICT COURT<br>(File in Quadruplicate) | CASE NUMBER<br>08-02172 SP 25 |
|---|---|---|
| PLAINTIFF(S)<br><br>C.P. Motion, a Florida corporation and as assignee of Andre Dawson | VS. DEFENDANT(S)<br><br>MLB Welfare Plan | CLOCK IN |

DEFENDANT(S) TO BE SERVED AT:

MLB Welfare Plan

200 Public Square Suite 900

Cleveland, OH 44114

STATE OF FLORIDA
NOTICE TO PLAINTIFF(S) AND DEFENDANT(S)

YOU ARE HEREBY NOTIFIED to appear in person or by attorney at the location indicated below:

☐ HIALEAH DISTRICT        ☐ NORTH DADE JUSTICE CENTER    ☒ CORAL GABLES DISTRICT
☐ JOSEPH CALEB CENTER     ☐ MIAMI BEACH DISTRICT          ☐ SOUTH DADE JUSTICE CENTER

( Addresses for court locations are printed on the back of this form )

on MAR 25 2008, 20____ 9:30 P.M., in courtroom 1-1 before a Judge of this Court. Section # (3)

**IMPORTANT - READ CAREFULLY**

THE CASE WILL NOT BE TRIED AT THE PRETRIAL CONFERENCE, BUT MAYBE MEDIATED AT THAT TIME.

DO NOT BRING WITNESS. YOU MUST APPEAR IN PERSON OR BY ATTORNEY.

WHOEVER APPEARS FOR A PARTY MUST HAVE FULL AUTHORITY TO SETTLE FOR ALL AMOUNTS FROM ZERO TO THE AMOUNT OF CLAIM WITHOUT FURTHER CONSULTATION. FAILURE TO COMPLY MAY RESULT IN THE IMPOSITION OF SANCTIONS, INCLUDING COSTS, ATTORNEY FEES, ENTRY OF JUDGMENT, DISMISSAL.

The defendant (s) must appear in court on the date specified in order to avoid a default judgment. The plaintiff (s) must appear to avoid having the case dismissed for lack of prosecution. A written MOTION or ANSWER to the court by the plaintiff (s) or the defendant(s) shall not excuse the personal appearance of a party or its attorney in the PRETRIAL CONFERENCE/MEDIATION. The date and time of the pretrial conference CANNOT be rescheduled without good cause and prior court approval.

A corporation may be represented at any stage of the trial court proceedings by an officer of the corporation or any employee authorized in writing by any officer of the corporation. Written authorization must be brought to the Pretrial Conference/Mediation.

The purpose of the pretrial conference is to record your appearance, to determine if you admit all or part of the claim, to enable the court to determine the nature of the case, and to set the case for trial if the case cannot be resolved at the pretrial conference. You or your attorney should be prepared to confer with the court and to explain briefly the nature of your dispute, state what efforts have been made to settle the dispute, exhibit any documents necessary to prove the case, state the names and addresses of your witnesses, stipulate to the facts that will require no proof and will expedite the trial, and estimate how long it will take to try the case.

CLK/CT 423 REV. 1/06        IMPORTANT-SEE REVERSE        Clerk's web address: www.miami-dadeclerk.com

## MEDIATION

Mediation may take place during the time scheduled for the pretrial conference. Mediation is a process whereby an impartial and neutral third person called a mediator acts to encourage and facilitate the resolution of a dispute between two or more parties, without prescribing what the resolution should be. It is an informal and nonaversarial process with the objective of helping the disputing parties reach a mutually acceptable and voluntary agreement.

In mediation, decision making rests with the parties. Negotiations in court mediation are primary conducted by the parties. Counsel for each party may participate. However, presence of counsel is not required. If a full agreement is not reached at mediation, the remaining issues of the case will be set for trial. Mediation communications are confidential and privileged except where disclosures are required or permitted by law.

---

If you admit the claim, but desire additional time to pay, you must come and state the circumstances to the court. The court may not approve a payment plan and may withold judgment or executions or levy.

**RIGHT TO VENUE.** THE LAW GIVES THE PERSON OR COMPANY WHO HAS SUED YOU THE RIGHT TO FILE IN ANY ONE OF SEVERAL PLACES AS LISTED BELOW. HOWEVER, IF YOU HAVE BEEN SUED IN ANY PLACE OTHER THAN ONE OF THESE PLACES, YOU, AS THE DEFENDANT(S), HAVE THE RIGHT TO REQUEST THAT THE CASE BE MOVED TO A PROPER LOCATION OR VENUE. A PROPER LOCATION OR VENUE MAY BE ONE OF THE FOLLOWING:

1. WHERE THE CONTRACT WAS ENTERED INTO;
2. IF THE SUIT IS ON UNSECURED PROMISSORY NOTE, WHERE THE NOTE IS SIGNED OR WHERE THE MAKER RESIDES
3. IF THE SUIT IS TO RECOVER PROPERTY OR TO FORECLOSE A LIEN, WHERE THE PROPERTY IS LOCATED;
4. WHERE THE EVENT GIVING RISE TO THE SUIT OCCURRED;
5. WHERE ANY ONE OR MORE OF THE DEFENDANTS SUED RESIDE;
6. ANY LOCATION AGREED TO IN A CONTRACT.
7. IN ANY ACTION FOR MONEY DUE, IF THERE IS NO AGREEMENT AS TO WHERE SUIT MAY BE FILED, WHERE PAYMENT IS TO BE MADE.

If you, as the defendant(s) believe the plaintiff(s) has/have not sued in one of these correct places, you must appear on our court date and orally request a transfer of you must fiel a WRITTEN request for transfer in affidavit form (sworn to under oath) with the court 7 days prior to your first court date and send a copy to the plaintiff(s) or plaintiff's(s) attorney, if any

**A COPY OF THE STATEMENT OF CLAIM SHALL BE SERVED WITH THIS SUMMONS**

### MIAMI-DADE COUNTY DISTRICT COURT FACILITIES

| | | |
|---|---|---|
| Hialeah District (21) | North Dade Justice Center (23) | Coral Gables District (25) |
| 11 East 6th Street | Room 100 | 3100 Ponce DeLeon Blvd. |
| Hialeah, Fl. 33010 | 15555 Biscayne Blvd. | Coral Gables, Florida 33134 |
| | Miami, Florida 33160 | |
| Joseph Caleb Center (20) | Miami Beach District (24) | South Dade Justice Center (26) |
| Room 205 | Room 224 | Room 1200 |
| 5400 N.W. 22 Avenue | 1130 Washington Avenue | 10710 S.W. 211 Street |
| Miami, Florida 33142 | Miami Beach, Florida 33139 | Cutler Ridge, Florida 33189 |

FILED BY: Granda & Associates          COPY: ☐ MAILED   ☐ HAND-DELIVERED
ADDRESS: 6885 SW 58 Place              TO:   ☐ PLAINTIFF ☐ ATTORNEY
         South Miami, FL 33143         SERVED BY: ☐ MAIL  ☐ SHERIFF  ☐ PROCESS SERVER
PHONE: (305)668-7858

HARVEY RUVIN
CLERK OF COURTS

BY: **Niurka Borges**
DEPUTY CLERK

DATE: FEB 11 2008

---

**AMERICANS WITH DISABILITIES ACT OF 1990**

IF YOU ARE A PERSON WITH A DISABILITY WHO NEEDS ANY ACCOMMODATION TO PARTICIPATE IN THIS PROCEEDING, YOU ARE ENTITLED, AT NO COST TO YOU, TO THE PROVISION OF CERTAIN ASSISTANCE. PLEASE CONTACT THE DADE COUNTY COURT'S ADA COORDINATOR AT 175 N.W. 1ST AVENUE SUITE 2702 MIAMI,FLORIDA 33128, TELEPHONE NUMBERS (305) 349-7175 FOR VOICE, (305) 349-7174 FOR TDD AND (305) 349-7011 FOR FAX, WITHIN TWO (2) WORKING DAYS OF YOUR RECEIPT OF THIS DOCUMENT. TDD USERS MAY ALSO CALL 1-800-955-8771, FOR THE FLORIDA RELAY SERVICE.

CLK/CT 423 REV. 1/06          IMPORTANT-SEE REVERSE          Clerk's web address: www.miami-dadeclerk.com

IN THE COUNTY COURT IN AND FOR MIAMI-DADE COUNTY, FLORIDA.

| DIVISION | STATEMENT OF CLAIM | CASE NUMBER |
|---|---|---|
| ☐ CIVIL<br>☒ OTHER | (File in Duplicate Plus One For Each Defendant) | 08-02172 SP 25<br>SECTION NO. |

| PLAINTIFF | VS. DEFENDANT(S) | PHONE NUMBER |
|---|---|---|
| C.P. Motion, a Florida corporation and as assignee of Andre Dawson | MLB Welfare Plan | |

**Address**
200 Public Square Suite 900
Cleveland, OH 44114

The Plaintiff sues the Defendant for money owed Plaintiff by Defendant; and which is past due and unpaid; for (As marked (x) below):

- ☐ Good, wares and merchandise sold by plaintiff, to defendant;
- ☐ Work done and materials furnished by plaintiff, to defendant;
- ☐ Money lent by plaintiff to defendant which is due and payable;
- ☐ Money due to plaintiff upon accounts stated and agreed to between them;
- ☐ On a written instrument, copy of which is attached hereto;
- ☐ Rent for certain premises in Dade County, Florida, Viz;
- ☐ Other (Explain)
- ☐ Any additional facts in connection with any of the above:

(USE ADDITIONAL SHEET IF NECESSARY)

The Defendant owes the Plaintiff the sum of monies that were authorized for services rendered together with costs, attorney fees, and interest and despite repeat demands refuses to pay.

Where Plaintiff demands judgment in the sum of $ 1699.82 together with court costs and any further costs which the Court may assess.

The Plaintiff, C.P. Motion, says the foregoing is a just and true statement of the amount owed by defendant to plaintiff, exclusive of all lawful setoffs, and that defendant has no lawful defenses which would preclude the collection of said amount.

Affiant states that the defendant(s) is/are not in the military service of the United States.

| Attorney /Plaintiff<br>Stephanie Granda | Signature | Attorney's Bar No.<br>0026122 |
|---|---|---|
| Address of Attorney/Plaintiff<br>6885 SW 58th Place, South Miami Florida 33143 | | Telephone No.<br>(305) 740-7745 |

The foregoing instrument was acknowledged before me this 6th day of February, 20 08 by Stephanie Granda who is personally known to me or who has produced _____ as identification and did ☒ / did not ☐ take an oath.

SWORN TO AND SUBSCRIBED BEFORE ME this _____ day of February 20 08.

HARVEY RUVIN
CLERK OF COURTS
Deputy Clerk

NOTARY PUBLIC,
State of Florida Gimena Bustillo
My Commission Expires: Sept. 06, 2011

CLK/CT 333 REV. 3/04    IMPORTANT: SEE REVERSE    Clerk's web address: www.miami-dadeclerk.com

GIMENA R BUSTILLO
MY COMMISSION # DD712557
EXPIRES September 06, 2011
(407) 398-0153

| SERVICE OF PROCESS | FILING FEE AMOUNT | RECEIPT NUMBER |
|---|---|---|
| ☐ PROCESS SERVER<br>☐ SHERIFF<br>☐ MAIL | | |

NOTE: If the claim is based upon a written document, a copy, or the material part thereof, shall be attached to the statement of claim.

## INSTRUCTION SHEET
## IMPORTANT

YOU MUST advise the Clerk, in writing, of any change in your mailing address.

If you are a DEFENDANT and fail to appear on the designated date, in person or by an attorney, a judgment may be entered against you.

Plaintiff(s) will not be entitled to a default or judgment in the absence of an affidavit regarding the defendant's military status in compliance with applicable law. This form, if sworn to, will meet the above requirements.

If you are a PLAINTIFF and fail to appear on the designated date, in person or by an attorney, this case may be dismissed for Want of Prosecution.

Any claim of the Defendant against the Plaintiff, arising out of the same transaction or occurrence which is the subject matter of plaintiff's claim, shall be filed not less than 5 days prior to the appearance date, or within such time as the Court designates. When a counterclaim or set-off exceeds the jurisdiction of the Court, it shall be filed in writing before or at the pre-trial hearing, and the action shall then be transferred to the Court having jurisdiction thereof. As evidence of good faith, the counter-claimant shall deposit a sum sufficient to pay the filing fee in the Court to which the case is to be transferred with his counterclaim. FAILURE TO MAKE THE DEPOSIT WAIVES THE RIGHT TO TRANSFER.

TRIAL BY JURY may be had upon written demand by Plaintiff made at the commencement of the action or by any defendant within 5 days after service of the notice to appear or at the Pretrial Conference. If the demand is not made, the right to trial by jury is waived.

If at any time in the proceedings a settlement is reached between the parties, this office should be notified in writing by the Plaintiff.

If you have any questions regarding procedures, this office will assist you. This office cannot furnish legal advice to you. Please consult your attorney for legal advice.

**CAUTION**

A copy of any paper that you file at any time with the Clerk or Judge **MUST** be sent by you to each attorney appearing in the case, if any, or to all parties not represented by an attorney. You must set forth the date and to whom you sent the copy (or copies) of the paper filed, which would be followed by your signature.

**AMERICANS WITH DISABILITIES ACT OF 1990**
IF YOU ARE A PERSON WITH A DISABILITY WHO NEEDS ANY ACCOMMODATION TO PARTICIPATE IN THIS PROCEEDING, YOU ARE ENTITLED, AT NO COST TO YOU, TO THE PROVISION OF CERTAIN ASSISTANCE. PLEASE CONTACT THE DADE COUNTY COURT'S ADA COORDINATOR AT 73 WEST FLAGLER STREET, ROOM 1600, MIAMI, FLORIDA, 33130, TELEPHONE NUMBERS (305) 349-7175 FOR VOICE, (305) 349-7174 FOR TDD AND (305) 349-7011 FOR FAX, WITHIN TWO (2) WORKING DAYS OF YOUR RECEIPT OF THIS DOCUMENT. TDD USERS MAY ALSO CALL 1-800-955-8771, FOR THE FLORIDA RELAY SERVICE.

CLK/CT 333  REV. 3/04                                IMPORTANT: SEE REVERSE

JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
C.P. Motion, Inc.

### DEFENDANTS
Major League Baseball Welfare Plan

FILED by _____ D.C.
MAR 2 4 2008
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

(b) County of Residence of First Listed Plaintiff _____
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)
Stephanie Granda, Granda & Associates, 6885 SW 58th Place, South Miami, FL 33143, (305) 740-7745  Venue - Dade

Attorneys (If Known)
Bridgit M. DePietto, MORGAN, LEWIS & BOCKIUS, LLP, 1111 Pennsylvania Ave., N.W., Washington, DC 20004, (202) 739-3000

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

Dade 08cv20769-Lenard/Torres

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☒ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | PERSONAL INJURY | PERSONAL INJURY | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | | ☐ 365 Personal Injury - Product Liability | | | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | PROPERTY RIGHTS | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 340 Marine | PERSONAL PROPERTY | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 480 Consumer Credit |
| | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 490 Cable/Sat TV |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 810 Selective Service |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | LABOR | SOCIAL SECURITY | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 891 Agricultural Acts |
| REAL PROPERTY | CIVIL RIGHTS | PRISONER PETITIONS | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | Habeas Corpus: | ☒ 791 Empl. Ret. Inc. Security Act | FEDERAL TAX SUITS | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | | | |

## V. ORIGIN (Place an "X" in One Box Only)

- ☐ 1 Original Proceeding
- ☒ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
29 U.S.C. 1132
Brief description of cause:
Claim for benefits

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ _____
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☒ No

## VIII. RELATED CASE(S) IF ANY
(See instructions): JUDGE _____ DOCKET NUMBER _____

DATE 3-21-08
SIGNATURE OF ATTORNEY OF RECORD  Bridgit DePietto

FOR OFFICE USE ONLY
RECEIPT # 975502   AMOUNT $350.00   APPLYING IFP ____   JUDGE ____   MAG. JUDGE ____

03/25/08